## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING** <br><br> **v.** <br><br> **CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION** <br> **NO. 20-1995** |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW,** this 5th day of November, 2020, upon consideration of Defendant Central Bucks School District's Motion to Dismiss (ECF 20), Plaintiff Rebecca Cartee-Haring's response (ECF 22), and Defendant's Reply (ECF 23),  and for the reasons given in the accompanying Memorandum, Defendant's Motion to Dismiss is GRANTED in part and DENIED in part as follows:

- GRANTED, without prejudice and with leave to amend, as to claims for damages prior to April 22, 2017 under Count I;

- GRANTED, with prejudice, as to Count II;

- DENIED, as to Count III; and

- GRANTED, without prejudice and with leave to amend, as to Counts IV and V.

                    **BY THIS COURT:**

                    **s/ Michael M. Baylson**

                    _____
                    **MICHAEL M. BAYLSON**
                    **United States District Court Judge**