IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| REBECCA CARTEE-HARING<br><br>v.<br><br>CENTRAL BUCKS SCHOOL DISTRICT | CIVIL ACTION<br><br>NO. 20-1995 |
|---|---|
| DAWN MARINELLO, individually and on Behalf of similarly situated female employees<br><br>v.<br><br>CENTRAL BUCKS SCHOL DISTRICT | CIVIL ACTION<br><br>NO. 21-2587 |

## ORDER

**AND NOW,** this 23rd day of November, 2021, for reasons stated in the foregoing Memorandum, it is hereby **ORDERED** these cases are **CONSOLIDATED** for all purposes except for trial. Counsel shall discuss and submit either joint or separate scheduling orders by **December 13, 2021**.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-2587 Marinello v. Central Bucks School District\21cv2587 Order to Memorandum.docx