IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING**<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,**<br>*individually and on behalf of similarly situated female employees,*<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION NO. 21-2587** |

**ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**AND NOW,** this 27th day of June, 2022, upon consideration of Plaintiff Rebecca Cartee-Haring's Motion for Partial Summary Judgment (Doc. No. 20-1995) (ECF 62) and Defendant's Response (ECF 63 & 64), and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THIS COURT:

*s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 Order re. Summary Judgment.docx

1