IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING** <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,** <br> *individually and on behalf of similarly situated female employees,* <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION NO. 21-2587** |

**ORDER RE: PLAINTIFF DAWN MARINELLO'S MOTION FOR FINAL CERTIFICATION, OR IN THE ALTERNATIVE, CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND FOR CLASS CERTIFICATION**

**AND NOW,** this 24th day of August, 2022, upon consideration of Plaintiff's Motion for Final Certification of Collective Action and for Class Certification (ECF 27), Defendant's Response in Opposition (ECF 30), the testimony heard by the Court on June 28, 2022 (ECF 38), and the parties' supplemental briefing (ECF Nos. 52 and 53), it is hereby **ORDERED** that Plaintiff's Motion for Final Certification of this action to proceed as a collective action is **GRANTED**. The collective class includes,

> All women teachers employed by the District from 2000 through the present who have been subject to compensation under the District's applicable Salary Schedules who were treated less favorably than male teachers employed by the District from 2000 through the present with respect to compensation under the applicable Salary Schedules.

Plaintiff's Motion, in the alternative, for Conditional Certification of this action to proceed as a collective action is therefore **DENIED as moot**. Plaintiff withdrew her Motion for FED. R.

1

2

C<small>IV</small>. P. 23 Class Certification during the evidentiary hearing on June 28, 2022.

**BY THIS COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**