IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING**, *Plaintiff,* <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant.* | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,** *on behalf of herself and similarly situated plaintiffs,* *Plaintiff,* <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant.* | **CIVIL ACTION NO. 21-2587** |

**ORDER DENYING DEFENDANT'S MOTION TO CERTIFY ORDER FOR APPEAL**

**AND NOW**, this 31st day of October 2022, in consideration of Defendant's Motion and Plaintiffs' Response, and based on the reasoning set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Certify Order for Appeal (Doc. No. 58) is **DENIED**. Defendant's Motion for a Stay included in the same filing is also **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**