# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| REBECCA CARTEE-HARING v. CENTRAL BUCKS SCHOOL DISTRICT | CIVIL ACTION NO. 20-1995 |
|---|---|

## **ORDER**

**AND NOW,** this 11th day of June, 2024, for the reasons stated in the foregoing memorandum, Defendant Central Buck School District's Motion for Summary Judgment (ECF 133) is **GRANTED**. However, as noted in the foregoing memorandum and in this Court's May 15, 2024 Order and Memorandum (ECF 147), Plaintiff's Equal Pay Act claim (Count I) continues in civil case 20-cv-1995.

BY THIS COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.SD.J.**

O:\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 Order re Cartee Haring MSJ.docx