IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING** <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION** <br><br> **NO. 20-1995** |
| **DAWN MARINELLO,** <br> *individually and on behalf of similarly situated female employees,* <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION** <br><br> **NO. 21-2587** |

## SCHEDULING ORDER

**AND NOW** this 2nd day of July, 2024, based on the foregoing memorandum, it is hereby **ORDERED**:

(1) Plaintiffs may proceed at trial with testimony from three (3) or four (4) representative female teachers;

(2) Plaintiffs will file an offer of proof identifying one male comparator to testify at trial by July 12, 2024, which the Court will consider at a final hearing to be held prior to jury selection on July 22, 2024;

(3) By July 19, 2024, Defendant shall identify a maximum of three (3) or four (4) additional male comparators;

(4) If either or both parties have identified statistical evidence (see 21-2587, ECF 219; 20-1995, ECF 180), the Court will consider admitting this evidence after the final hearing scheduled for July 22, and/or at trial.

(5) Counsel may submit a legal memorandum on these issues no later than July 18, 2024.

**BY THE COURT:**

          _/S/Michael M. Baylson_
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 and 21cv2587 Order re Male Comparators.docx