IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN MARINELLO,** *on behalf of herself and similarly situated plaintiffs*, <br><br> *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** <br><br> *Defendant*. | **CIVIL ACTION NO. 21-2587** |
| **REBECCA CARTEE-HARING,** <br><br> *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** <br><br> *Defendant*. | **CIVIL ACTION NO. 20-1995** |

**ORDER**

**AND NOW**, this 9th day of April, 2025, upon consideration of Defendant's Motion for Appointment of Master (No. 21-2587, ECF 370; No. 20-1995, ECF 327) and Plaintiffs' Response (No. 21-2587, ECF 384; No. 20-1995, ECF 341), for the reasons provided in the attached Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 and 21cv2587 Order re Mot. Special Master.docx