# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN MARINELLO,** *on behalf of herself and similarly situated plaintiffs*, *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 21-2587** |
| **REBECCA CARTEE-HARING,** *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 20-1995** |

## ORDER RE: POST-TRIAL RULE 50 MOTIONS

**AND NOW**, this 9th day of April, 2025, for the reasons stated in the foregoing Memorandum, the parties are directed to refer to the Orders re Post-Trial Rule 50 Motions (C.A. 20-cv-1995, ECF 324; C.A. 21-cv-2587, ECF 367) filed prior to this Memorandum on March 21, 2025, for the specific rulings.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 and 21cv2587 Order to go with Memo re Plaintiffs' Rule 50 Motion.docx