IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING** *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,** *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 21-2587** |

## CIVIL JUDGMENT

**AND NOW**, this 8th day of May, 2025, following a jury trial in these two consolidated cases, it is hereby **ORDERED** that **JUDGMENT IS ENTERED** against Defendant Central Bucks School District and in favor of both Plaintiffs, Rebecca Cartee-Haring and Dawn Marinello, in the amount of Eighty-One Thousand Dollars ($81,000) as to Plaintiff Rebecca Cartee-Haring and in the amount of Eighty-Four Thousand Dollars ($84,000) as to Plaintiff Dawn Marinello.

                                                **BY THE COURT:**

                                                /s/ Michael M. Baylson
                                                _____
                                                **MICHAEL M. BAYLSON**
                                                **United States District Court Judge**