# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA CARTEE-HARING, | : |
| Plaintiff, | : |
| v. | : No. 2:20-cv-01995-MMB |
| CENTRAL BUCKS SCHOOL DISTRICT, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that the Central Bucks School District, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the civil judgment entered in favor of the Plaintiff on May 8, 2025 [ECF 413]; the Order on Post-Trial Motions and Amended Civil Judgment entered on July 15, 2025 [ECF 451] and its accompanying Memorandum [ECF 450]; and the Order on Motion for Attorneys' Fees and Costs [ECF 453] issued on July 21, 2025, and its accompanying Memorandum [ECF 452].

Respectfully submitted,

Date: August 7, 2025

*/s/ David W. Brown*
Michael I. Levin (PA 21232)
David W. Brown (PA 201553)
LEVIN LEGAL GROUP, P.C.
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
mlevin@levinlegalgroup.com
dbrown@levinlegalgroup.com
Phone: (215) 938-6378

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of August 2025, I electronically re-transmitted the foregoing Notice of Appeal to be filed to the Clerk's Office using the Court's Electronic Case Filing system ("ECF") for filing and transmittal of a Notice of Electronic Case Filing to all counsel via the ECF, in accordance with Fed. R. Civ. P. 5(b).

                                                */s/ David W. Brown*
                                                David W. Brown