IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA CARTEE-HARING, <br><br> Plaintiff, <br> v. <br><br> CENTRAL BUCKS SCHOOL DISTRICT, <br><br> Defendant. | No. 2:20-cv-01995-MMB |
| DAWN MARINELLO, individually and on behalf of similarly situated female employees, <br><br> Plaintiff, <br> v. <br><br> CENTRAL BUCKS SCHOOL DISTRICT, <br><br> Defendant. | No. 2:21-cv-02587-MMB |

## ORDER

AND NOW, this  29th day of  August , 2025, upon consideration of the Joint Motion for Approval of a Stay of Judgment Under Rule 62, it is hereby ORDERED that said motion is GRANTED. The Judgments entered against Central Bucks School District on May 8, 2025 [*Marinello* ECF 454], [*Cartee-Haring* ECF 413], and July 15, 2025 [*Marinello* ECF 485], [*Cartee-Haring* ECF 451] and Order regarding fees and costs [*Marinello* ECF 487], [*Cartee-Haring,* ECF 453] are STAYED pending the final resolution of appellate proceedings. While this stay is in effect, no execution may issue against the Central Bucks School District, nor may any proceedings be taken to enforce the judgment against the Central Bucks School District.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON
United States District Court Judge

1